**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Oak-Bark Corporation** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-1796185** |

4. Debtor's address

**Principal place of business**

**333 Neils Eddy Rd**
**Riegelwood, NC 28456**
Number, Street, City, State & ZIP Code

**Columbus**
County

**Mailing address, if different from principal place of business**

**514 Wayne Dr**
**Wilmington, NC 28403**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)  _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Oak-Bark Corporation**                                    Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A.  *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B.  *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Oak-Bark Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Oak-Bark Corporation**                                              Case number (*if known*) _____
         Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Oak-Bark Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 17, 2023**
MM / DD / YYYY

*X* **/s/ William E. Oakley**                                    **William E. Oakley**
Signature of authorized representative of debtor          Printed name

Title   **Chairman, Oak-Bark Corporation**

**18. Signature of attorney**

*X* **/s/ George Mason Oliver**                    Date **November 17, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**George Mason Oliver 26587**
Printed name

**The Law Offices of**
Firm name

**Oliver & Cheek, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone   **252-633-1930**          Email address

**26587 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Oak-Bark Corporation**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 17, 2023**   X /s/ **William E. Oakley**
Signature of individual signing on behalf of debtor

**William E. Oakley**
Printed name

**Chairman, Oak-Bark Corporation**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Oak-Bark Corporation** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cronly Bluffs, LLC 514 Wayne Dr Wilmington, NC 28403** | | **Money lent** | | | | **$190,422.76** |
| **Columbus County Tax Collector Attn: Managing Agent 125 Washington St., Ste A Whiteville, NC 28472** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Cronly Bluffs, LLC 514 Wayne Dr Wilmington, NC 28403** | | **EPA lawsuit (Case No. 7:23-cv-01150-FL)** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Eleanor G. Wright Lindemann 1928 Dilworth Road West Charlotte, NC 28203** | | **EPA lawsuit (Case No. 7:23-cv-01150-FL)** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Elizabeth Wright McMillen PO Box 99 Newport, RI 02840** | | **EPA lawsuit (Case No. 7:23-cv-01150-FL)** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Entegris, Inc. Attn: Manager or Agent 129 Concord Road, Building #2 Billerica, MA 01821-4600** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Environmental Protection Agency Attn: Manager or Agent 61 Forsyth St SW Atlanta, GA 30303-8931** | | **PIDs: 89556, 29803, 29802, 28677 and 89563** | **Contingent Unliquidated Disputed** | **Unknown** | **$1,756,840.00** | **Unknown** |

| Debtor | **Oak-Bark Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Estate of Elizabeth L. Wright - Co-executors Elizabeth W. McMillen and Eleanor G. W. Lindemann** | | **EPA lawsuit (Case No. 7:23-cv-01150-FL)** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Hexion Inc. Attn: Manager or Agent 180 East Broad Street Columbus, OH 43215-3707** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Internal Revenue Service Attn: Manager or Agent PO Box 7346 Philadelphia, PA 19101-7346** | | | | **Unknown** | **Unknown** | **Unknown** |
| **James C. Barker 2733 Leader Circle Wilmington, NC 28412** | | **EPA lawsuit (Case No. 7:23-cv-01150-FL)** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Koch Sulfur Products Co. Attn: Manager or Agent 2 South Salisbury St Raleigh, NC 27601** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **United States Attn: Manager or Agent 950 Pennsylvania Avenue NW Washington, DC 20530** | | | **Contingent Unliquidated Disputed** | **$0.00** | **Unknown** | **Unknown** |
| **William E. Oakley 514 Wayne Dr Wilmington, NC 28403** | | **EPA lawsuit (Case No. 7:23-cv-01150-FL)** | **Contingent Unliquidated Disputed** | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name **Oak-Bark Corporation**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................. $     **1,656,840.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................... $     **1,767,581.03**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................. $     **3,424,421.03**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **190,422.76**

4. **Total liabilities** ...........................................................................................................
Lines 2 + 3a + 3b      $     **190,422.76**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Oak-Bark Corporation</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NORTH CAROLINA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo - Acct ending in 6742** | **Checking** | **6742** | **$17,572.85** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$17,572.85** |

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Evanston Insurance Co. - Commercial General Liability Policy No.: 8342 - 3/3/2023-3/3/2024** | **$474.04** |
| 8.2. | **Covington Specialty Ins. Co. - Commercial Property Policy No.: 15 00 - 11/15/2023-11/15/2024** | **$2,446.14** |

Debtor    **Oak-Bark Corporation**                                   Case number *(If known)* _____
      Name

|  | | |
|---|---|---|
| 8.3. | **United States Liability Ins. Co. - Excess Liability Policy No.: 454H - 7/6/2023-7/6/2024** | **$300.00** |

**9.**    **Total of Part 2.**

       Add lines 7 through 8. Copy the total to line 81.

| **$3,220.18** |
|---|

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    **Oak-Bark Corporation**
_____
Name

Case number *(If known)* _____

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Dry projects plant equipment | Unknown | $70,000.00 |

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $70,000.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **PID: 89563 - Deed B1164-P98 - 17.65 ac - Northwest corner of Fertilizer Rd and Neils Eddy Rd, Riegelwood, NC 28456** | Fee simple | Unknown | | $247,100.00 |
| 55.2.  **PID: 28677 - Deed B1164-P98 - 3.53 ac - Northwest corner of Fertilizer Rd and Neils Eddy Rd, Riegelwood, NC 28456** | Fee simple | Unknown | | $49,420.00 |
| 55.3.  **PID: 89556 - B799-P329 - 0.95 ac - 333 Neils Eddy Rd, Riegelwood, NC 28456** | Fee simple | Unknown | | $13,300.00 |

Debtor    **Oak-Bark Corporation**                                    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 55.4. | **PID: 29802 - B799-P329 - 78.54 ac - 333 Neils Eddy Rd, Riegelwood, NC 28456 - Containing monofill, warehouse** | Fee simple | Unknown | | $1,299,560.00 |
| 55.5. | **PID: 29803 - B799-P329 - 3.39 ac - 1493 Neils Eddy Rd, Riegelwood, NC 28456 - Two lined ponds** | Fee simple | Unknown | | $47,460.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $1,656,840.00 |
|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**Patent #5507951, hexamine waste water treatment process** | Unknown | | $0.00 |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

Debtor    **Oak-Bark Corporation**                                Case number *(If known)* _____
_____
Name

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

| **Entegris, Inc.** | 1,676,788.00 | - | 0.00 | = | $1,676,788.00 |
|---|---|---|---|---|---|
|  | Total face amount |  | doubtful or uncollectible amount |  |  |

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.                               $1,676,788.00

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Oak-Bark Corporation**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,572.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,220.18 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $70,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $1,656,840.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,676,788.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,767,581.03 | + 91b. $1,656,840.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,424,421.03 |

**Fill in this information to identify the case:**

Debtor name   **Oak-Bark Corporation**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

### 2.1  Columbus County Tax Collector
Creditor's Name

**Attn: Managing Agent**
**125 Washington St., Ste A**
**Whiteville, NC 28472**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **Unknown** | **Unknown** |

### 2.2  Environmental Protection Agency
Creditor's Name

**Attn: Manager or Agent**
**61 Forsyth St SW**
**Atlanta, GA 30303-8931**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/14/2023**
**Last 4 digits of account number**
**1742**

Describe debtor's property that is subject to a lien
**PIDs: 89556, 29803, 29802, 28677 and 89563**

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| | |
|---|---|
| **Unknown** | **$1,756,840.00** |

Debtor   **Oak-Bark Corporation**                                    Case number (if known) _____

Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager or Agent
PO Box 7346
Philadelphia, PA
19101-7346**

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **United States** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Attn: Manager or Agent
950 Pennsylvania Avenue
NW
Washington, DC 20530**

Creditor's mailing address

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | **$0.00** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor   **Oak-Bark Corporation**                                    Case number (*if known*) _____
_____
Name

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dept. of Justice, Env. Enforcement**<br>**Atty: Patricia L. Hurst**<br>**PO Box 7611**<br>**Washington, DC 20044** | Line __2.2__ | |
| **Dept. of Justice, Env. Enforcement**<br>**Atty: Richard Greene**<br>**PO Box 7611**<br>**Washington, DC 20044** | Line __2.2__ | |
| **Dept. of Justice, Env. Enforcement**<br>**Atty: Thomas A. Landers**<br>**PO Box 7611**<br>**Washington, DC 20044** | Line __2.2__ | |
| **Environmental Protection Agency**<br>**Atty: Nicole Demoss**<br>**61 Forsyth St SW**<br>**Atlanta, GA 30303-8931** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name  **Oak-Bark Corporation**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Cronly Bluffs, LLC**<br>**514 Wayne Dr**<br>**Wilmington, NC 28403**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Money lent**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$190,422.76** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Cronly Bluffs, LLC**<br>**514 Wayne Dr**<br>**Wilmington, NC 28403**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **EPA lawsuit (Case No. 7:23-cv-01150-FL)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Eleanor G. Wright Lindemann**<br>**1928 Dilworth Road West**<br>**Charlotte, NC 28203**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **EPA lawsuit (Case No. 7:23-cv-01150-FL)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Elizabeth Wright McMillen**<br>**PO Box 99**<br>**Newport, RI 02840**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **EPA lawsuit (Case No. 7:23-cv-01150-FL)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

40523

Debtor    **Oak-Bark Corporation**
_____    Case number (if known) _____
             Name

| | | |
|---|---|---|

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Entegris, Inc.
Attn: Manager or Agent
129 Concord Road, Building #2
Billerica, MA 01821-4600

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Estate of Elizabeth L. Wright -
Co-executors Elizabeth W. McMillen
and Eleanor G. W. Lindemann

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  EPA lawsuit (Case No. 7:23-cv-01150-FL)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Hexion Inc.
Attn: Manager or Agent
180 East Broad Street
Columbus, OH 43215-3707

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

James C. Barker
2733 Leader Circle
Wilmington, NC 28412

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  EPA lawsuit (Case No. 7:23-cv-01150-FL)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Koch Sulfur Products Co.
Attn: Manager or Agent
2 South Salisbury St
Raleigh, NC 27601

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

William E. Oakley
514 Wayne Dr
Wilmington, NC 28403

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  EPA lawsuit (Case No. 7:23-cv-01150-FL)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor   **Oak-Bark Corporation**

Name

Case number (*if known*) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Catherine Cralle Jones**<br>**Atty: Estate of Elizabeth L. Wright**<br>**130 S Salisbury St**<br>**Raleigh, NC 27601** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Joseph A. Ponzi**<br>**Atty: Cronly Bluffs, LLC**<br>**PO Box 26000**<br>**Greensboro, NC 27420** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **R. Steven DeGeorge**<br>**Atty: Lindemann & McMillen**<br>**101 N Tryon St, Ste 1900**<br>**Charlotte, NC 28246** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **G. Grady Richardson, Jr.**<br>**Atty: William E. Oakley**<br>**1908 Eastwood Rd, Ste 224**<br>**Wilmington, NC 28403** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **G. Grady Richardson, Jr.**<br>**Atty: James C. Barker**<br>**1908 Eastwood Rd, Ste 224**<br>**Wilmington, NC 28403** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 190,422.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 190,422.76 |

**Fill in this information to identify the case:**

Debtor name      **Oak-Bark Corporation**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)      _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest     **25-year lease of 15 ac to Entegris, Inc., at 333 Neils Eddy Rd, Riegelwood, NC 28546. Executed January 2013.** <br><br> State the term remaining    **173 months** <br><br> List the contract number of any government contract     _____ | **Entegris, Inc. Attn: Manager or Agent 129 Concord Road, Building #2 Billerica, MA 01821-4600** |

---

**Fill in this information to identify the case:**

Debtor name   **Oak-Bark Corporation**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Cronly Bluffs, LLC** | **514 Wayne Dr Wilmington, NC 28403 Co-defendant against EPA complaint for recovery of costs, declaratory judgment and relief** | **Environmental Protection Agency** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.2 **Eleanor G. Wright Lindemann** | **1928 Dilworth Road West Charlotte, NC 28203 Co-defendant against EPA complaint for recovery of costs, declaratory judgment and relief** | **Environmental Protection Agency** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.3 **Elizabeth Wright McMillen** | **PO Box 99 Newport, RI 02840 Co-defendant against EPA complaint for recovery of costs, declaratory judgment and relief** | **Environmental Protection Agency** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.4 **James C. Barker** | **2733 Leader Circle Wilmington, NC 28412 Co-defendant against EPA complaint for recovery of costs, declaratory judgment and relief** | **Environmental Protection Agency** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

Debtor   **Oak-Bark Corporation**                                    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|
| 2.5 **William E. Oakley** | **514 Wayne Dr**<br>**Wilmington, NC 28403**<br>**Co-defendant against EPA complaint for recovery of costs, declaratory judgment and relief** | **Environmental Protection Agency**    ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Oak-Bark Corporation**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $1,068.65 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**

Debtor    **Oak-Bark Corporation**                                            Case number *(if known)*

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **UNITED STATES ENVIRNOMENTAL PROTECTION AGENCY VS OAK BARK CORPORATION**<br>23-M-000013 | **Lien Judgment** | **Columbus County**<br>**113 Courthouse Square**<br>**Whiteville, NC 28472** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY VS OAK BARK CORPORATION**<br>23-M-000014 | **Lien Judgment** | **Columbus County**<br>**113 Courthouse Square**<br>**Whiteville, NC 28472** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **UNITED STATES ENVIRNOMENTAL PROTECTION AGENCY VS OAK BARK CORPORATION**<br>23-M-000015 | **Lien Judgment** | **Columbus County**<br>**113 Courthouse Square**<br>**Whiteville, NC 28472** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **UNITED STATES ENVIRNOMENTAL PROTECTION AGENCY VS OAK BARK CORPORATION**<br>23-M-000016 | **Lien Judgment** | **Columbus County**<br>**113 Courthouse Square**<br>**Whiteville, NC 28472** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY VS OAK BARK CORPORATION**<br>23-M-000017 | **Lien Judgment** | **Columbus County**<br>**113 Courthouse Square**<br>**Whiteville, NC 28472** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Oak-Bark Corporation** | Case number *(if known)* | |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **U.S. v. Oak-Bark Corp. et al.**<br>**23-CV-01150-FL** | **COMPLAINT FOR RECOVERY OF COSTS AND FOR DECLARATORY JUDGMENT UNDER 42 U.S.C. §§ 9607(a) and 9613(g)(2), and for relief under the FEDERAL DEBT COLLECTION PROCEDURES ACT and the FEDERAL PRIORITY STATUTE** | **Eastern District of NC, Wilmington Div.**<br>**1003 South 17th Street**<br>**Wilmington, NC 28401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    __Oak-Bark Corporation_____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **Paid $154.00on 12/1/2022; paid $6,938.00 on 8/21/2023; paid $7,737.75 on 9/21/2023; paid $3,476.00 on 10/27/2023** | |
| | **The Law Offices of Oliver & Cheek PO Box 1548 New Bern, NC 28563** | | | **$18,305.75** |

Email or website address
**george@olivercheek.com**

Who made the payment, if not debtor?

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2214E Wrightsville Ave Wilmington, NC 28403-2257** | **3/1/2018 - 5/31/2022** |

| **Part 8:** | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor  **Oak-Bark Corporation**                                          Case number *(if known)*

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

- ■ None

Debtor    **Oak-Bark Corporation**                                    Case number *(if known)*

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY VS OAK BARK CORPORATION**<br>23-M-000013 | **Columbus County**<br>**113 Courthouse Square**<br>**Whiteville, NC 28472** | **Lien Judgment** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY VS OAK BARK CORPORATION**<br>23-M-000014 | **Columbus County**<br>**113 Courthouse Square**<br>**Whiteville, NC 28472** | **Lien Judgment** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY VS OAK BARK CORPORATION**<br>23-M-000015 | **Columbus County**<br>**113 Courthouse Square**<br>**Whiteville, NC 28472** | **Lien Judgment** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY VS OAK BARK CORPORATION**<br>23-M-000016 | **Columbus County**<br>**113 Courthouse Square**<br>**Whiteville, NC 28472** | **Lien Judgment** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY VS OAK BARK CORPORATION**<br>23-M-000017 | **Columbus County**<br>**113 Courthouse Square**<br>**Whiteville, NC 28472** | **Lien Judgment** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **U.S. v. Oak-Bark Corp. et al.**<br>23-CV-01150-FL | **Eastern District of NC, Wilmington Div.**<br>**1003 South 17th Street**<br>**Wilmington, NC 28401** | **COMPLAINT FOR RECOVERY OF COSTS AND FOR DECLARATORY JUDGMENT UNDER 42 U.S.C. §§ 9607(a) and 9613(g)(2), and for relief under the FEDERAL DEBT COLLECTION PROCEDURES ACT and the FEDERAL PRIORITY STATUTE** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

---

Debtor   **Oak-Bark Corporation**                                        Case number *(if known)*

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Wright Chemical Superfund Site PID: 89556 333 Neils Eddy Rd Riegelwood, NC 28456** | **Environmental Protection Agency Attn: Manager or Agent 61 Forsyth St SW Atlanta, GA 30303-8931** | **Public Law No. 99-499 § 107(1) of the Superfund Amendments and Reauthorization Act of 1986, amending the Comprehensive Environmental Response, Compensation and Liability Act of 1980, 42 U.S.C. § 9601 et seq.** | **3/9/2011** |
| **Wright Chemical Superfund Site PID: 29803 333 Neils Eddy Rd Riegelwood, NC 28456** | **Environmental Protection Agency Attn: Manager or Agent 61 Forsyth St SW Atlanta, GA 30303-8931** | **Public Law No. 99-499 § 107(1) of the Superfund Amendments and Reauthorization Act of 1986, amending the Comprehensive Environmental Response, Compensation and Liability Act of 1980, 42 U.S.C. § 9601 et seq.** | **3/9/2011** |
| **Wright Chemical Superfund Site PID: 29802 333 Neils Eddy Rd Riegelwood, NC 28456** | **Environmental Protection Agency Attn: Manager or Agent 61 Forsyth St SW Atlanta, GA 30303-8931** | **Public Law No. 99-499 § 107(1) of the Superfund Amendments and Reauthorization Act of 1986, amending the Comprehensive Environmental Response, Compensation and Liability Act of 1980, 42 U.S.C. § 9601 et seq.** | **3/9/2011** |
| **Wright Chemical Superfund Site PID: 28677 333 Neils Eddy Rd Riegelwood, NC 28456** | **Environmental Protection Agency Attn: Manager or Agent 61 Forsyth St SW Atlanta, GA 30303-8931** | **Public Law No. 99-499 § 107(1) of the Superfund Amendments and Reauthorization Act of 1986, amending the Comprehensive Environmental Response, Compensation and Liability Act of 1980, 42 U.S.C. § 9601 et seq.** | **3/9/2011** |
| **Wright Chemical Superfund Site PID: 89563 333 Neils Eddy Rd Riegelwood, NC 28456** | **Environmental Protection Agency Attn: Manager or Agent 61 Forsyth St SW Atlanta, GA 30303-8931** | **Public Law No. 99-499 § 107(1) of the Superfund Amendments and Reauthorization Act of 1986, amending the Comprehensive Environmental Response, Compensation and Liability Act of 1980, 42 U.S.C. § 9601 et seq.** | **3/9/2011** |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    **Oak-Bark Corporation**                                             Case number *(if known)*

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Carmen Smith**<br>**2603 Legend Drive**<br>**Wilmington, NC 28405** | **Oct. 15, 2010, to present** |
| 26a.2.   **Greg Miller, CPA**<br>**DMJPS, PLLC**<br>**265 Racine Drive, Suite 203**<br>**Wilmington, NC 28403** | **Nov. 30, 2004, to present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Greg Miller, CPA**<br>**DMJPS, PLLC**<br>**265 Racine Drive, Suite 203**<br>**Wilmington, NC 28403** | |
| 26c.2.   **Carmen Smith**<br>**2603 Legend Drive**<br>**Wilmington, NC 28405** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor   **Oak-Bark Corporation**                                          Case number *(if known)*

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William E. Oakley | 514 Wayne Dr Wilmington, NC 28403 | Chairman, director, shareholder | 39.12% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James C. Barker | 2733 Leader Circle Wilmington, NC 28412 | President, director, shareholder | 27.94% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elizabeth Wright McMillen | PO Box 99 Newport, RI 02840 | Secretary, director, shareholder | 11.77 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Estate of Elizabeth L. Wright - | Co-executors Elizabeth W. McMillen and Eleanor G. W. Lindemann | Shareholder | 9.4% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eleanor G. Wright Lindemann | 1928 Dilworth Road West Charlotte, NC 28203 | Shareholder | 11.77% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Oak-Bark Corporation**                                       Case number *(if known)* _____

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 17, 2023**

**/s/ William E. Oakley**                                    **William E. Oakley**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Chairman, Oak-Bark Corporation**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

**In the Matter of:**                                    **Chapter 11**
**OAK-BARK CORPORATION**                                 **Case No.:**
        **Debtor**

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of Debtor in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept                $Amount unknown
                                                                    (To be determined by the Court)

        Prior to filing this statement, I have received            $31,907.25

        In addition, I am holding in trust for                     $129.25
        Attorney's fees

        Balance Due                                                 $Amount unknown
        Remaining balance                                           (To be determined by the Court)

2.      The source of compensation paid to me is:

        [X] Debtor                          [] Other:

3.      The source of compensation to be paid to me is:

        [X] Debtor                          [] Other (specify)

4.      [X]     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        [ ]     I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a)      Analysis of Debtor's financial situation and rendering advice and assistance to Debtor in determining whether to file a petition under Title 11, United States Code;

        b)      Preparation and filing of any petition, schedule, statement of financial affairs, and other documents required by the court;

      c)      Representation of Debtor at the meeting of creditors, confirmation hearing, and any related hearings;

      d)      Representation of Debtor in adversary proceedings and other contested bankruptcy matters; and

      e)      Additional fees to be approved by the Bankruptcy Court.

6.      By agreement with Debtor, the above disclosed fee does not include the following services: <u>Not applicable</u>

## **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of Debtor in this bankruptcy proceeding.

This the 17th day of November, 2023.

<u>s/George Mason Oliver</u>
GEORGE MASON OLIVER
N.C. State Bar #26587
THE LAW OFFICES OF
OLIVER & CHEEK, PLLC
PO Box 1548
New Bern, NC 28563
252-633-1930
252-633-1950 (fax)
E-mail: george@olivercheek.com
*Attorney for Debtor*

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Oak-Bark Corporation**
_____

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman, Oak-Bark Corporation** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 17, 2023**

Signature  **/s/ William E. Oakley**

**William E. Oakley**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Oak-Bark Corporation**                              Case No.

                                            Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman, Oak-Bark Corporation of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 17, 2023**              **/s/ William E. Oakley**

                                                **William E. Oakley**/Chairman, Oak-Bark Corporation
                                                Signer/Title

OAK-BARK CORPORATION
514 WAYNE DR
WILMINGTON, NC 28403

GEORGE MASON OLIVER
THE LAW OFFICES OF
OLIVER & CHEEK, PLLC
PO BOX 1548
NEW BERN, NC 28563

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

UNITED STATES ATTORNEY
150 FAYETTEVILLE STREET
SUITE 2100
RALEIGH, NC 27601

US SECURITIES & EXCHANGE
ATTN: MANAGER OR AGENT
950 E. PACES FERRY RD., NE STE 900
ATLANTA, GA 30326-1382

NC DEPT OF COMMERCE
ATTN: SHARON A. JOHNSTON
PO BOX 25903
RALEIGH, NC 27611

NC DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH, NC 27602-1168

CATHERINE CRALLE JONES
ATTY: ESTATE OF ELIZABETH L. WRIGHT
130 S SALISBURY ST
RALEIGH, NC 27601

COLUMBUS COUNTY TAX COLLE
ATTN: MANAGING AGENT
125 WASHINGTON ST., STE A
WHITEVILLE, NC 28472

CRONLY BLUFFS, LLC
514 WAYNE DR
WILMINGTON, NC 28403

DEPT. OF JUSTICE, ENV. ENFORCEMENT
ATTY: RICHARD GREENE
PO BOX 7611
WASHINGTON, DC 20044

DEPT. OF JUSTICE, ENV. ENFOR
ATTY: THOMAS A. LANDERS
PO BOX 7611
WASHINGTON, DC 20044

DEPT. OF JUSTICE, ENV. ENFORCEMENT
ATTY: PATRICIA L. HURST
PO BOX 7611
WASHINGTON, DC 20044

ELEANOR G. WRIGHT LINDEMANN
1928 DILWORTH ROAD WEST
CHARLOTTE, NC 28203

ELIZABETH WRIGHT MCMILLEN
PO BOX 99
NEWPORT, RI 02840

ENTEGRIS, INC.
ATTN: MANAGER OR AGENT
129 CONCORD ROAD, BUILDING #2
BILLERICA, MA 01821-4600

ENVIRONMENTAL PROTECTION AGENC
ATTY: NICOLE DEMOSS
61 FORSYTH ST SW
ATLANTA, GA 30303-8931

MEXION INC.
ATTN: MANAGER OR AGENT
180 EAST BROAD STREET
COLUMBUS, OH 43215-3707

INTERNAL REVENUE SERVICE
ATTN: MANAGER OR AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JAMES C. BARKER
2733 LEADER CIRCLE
WILMINGTON, NC 28412

JOSEPH A. PONZI
ATTY: CRONLY BLUFFS, LLC
PO BOX 26000
GREENSBORO, NC 27420

KOCH SULFUR PRODUCTS CO.
ATTN: MANAGER OR AGENT
2 SOUTH SALISBURY ST
RALEIGH, NC 27601

R. STEVEN DEGEORGE
ATTY: LINDEMANN & MCMILLEN
101 N TRYON ST, STE 1900
CHARLOTTE, NC 28246

G. GRADY RICHARDSON, JR.
ATTY: WILLIAM E. OAKLEY
1908 EASTWOOD RD, STE 224
WILMINGTON, NC 28403

G. GRADY RICHARDSON, JR.
ATTY: JAMES C. BARKER
1908 EASTWOOD RD, STE 224
WILMINGTON, NC 28403

U.S. ATTORNEY
150 FAYETTEVILLE STREET
SUITE 2100
RALEIGH, NC 27601

UNITED STATES
ATTN: MANAGER OR AGENT
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

WILLIAM  E.  OAKLEY
514  WAYNE  DR
WILMINGTON, NC 28403

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Oak-Bark Corporation**
Debtor(s)

Case No.
Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Oak-Bark Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 17, 2023**
Date

**/s/ George Mason Oliver**
**George Mason Oliver 26587**
Signature of Attorney or Litigant
Counsel for   **Oak-Bark Corporation**
**The Law Offices of**
**Oliver & Cheek, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
**252-633-1930 Fax:252-633-1950**