VAN–024 Notice of Motion to Convert or Dismiss – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Oak–Bark Corporation
 *( debtor has no known aliases )*
514 Wayne Dr
Wilmington, NC 28403

TaxID: 20–1796185

CASE NO.: 23–03351–5–JNC

DATE FILED: November 17, 2023

CHAPTER: 11

NOTICE OF BANKRUPTCY ADMINISTRATOR'S MOTION

The Bankruptcy Administrator for the Eastern District of North Carolina has filed papers with the court to dismiss the Debtor's case pursuant to 11 U.S.C. §1112(b) or, in the alternative, requesting that the Court abstain pursuant to 11 U.S.C. § 305. The Bankruptcy Administrator believes that the Debtor's case should be dismissed, because the Debtor has not proposed a confirmable Chapter 11 Plan.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) These documents are available at the Bankruptcy Administrator's Office or on the court's web page at www.nceb.uscourts.gov.

If you do not want the court to grant the relief requested, or if you want the court to consider your views on the motion, then on or before **December 13, 2024** you or your attorney must file with the court a written response explaining your position and requesting a hearing.

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

U.S. Bankruptcy Administrator
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

A hearing will be held as indicated below to consider the motion and any responses.

DATE:       Wednesday, December 18, 2024
TIME:       02:00 PM
PLACE:      U.S. Post Office & Courthouse, 1st Floor–Courtroom/341 Meeting Location, 413 Middle Street,
            New Bern, NC 28560

Dated: November 18, 2024

Stephanie J. Butler
Clerk of Court